## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**CHARLES D. GALLOWAY**                                                    **PLAINTIFF**

**v.**                                                     **No. 3:20CV268-NBB-JMV**

**BARON BAKER, ET AL.**                                              **DEFENDANTS**

### ORDER *REVOKING* PLAINTIFF'S *IN FORMA PAUPERIS* STATUS FOR ACCUMULATING THREE "STRIKES" – AND *REQUIRING PAYMENT OF THE FULL FILING FEE WITHIN 21 DAYS* OF THE DATE OF THIS ORDER

The court takes up, *sua sponte*, revocation of the plaintiff's *in forma pauperis* status because he has violated the "three strikes" provision of the Prison Litigation Reform Act ("PLRA"). *See* 28 U.S.C. § 1915(g). The *pro se* prisoner plaintiff, an inmate in the custody of the Mississippi Department of Corrections, has submitted a complaint challenging the conditions of his confinement under 42 U.S.C. § 1983.

Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

The plaintiff has accumulated "strikes" under 28 U.S.C. § 1915(g) in the following cases: *Galloway v. Nesbit*, 3:20CV170-DAS (failure to state a claim) (Final Judgment of November 13, 2020); *Galloway v. Union Co. Jail, et al.*, 3:08CV134-WAP-DAS (failure to state a claim) (Final Judgment of November 20, 2009); *Galloway v. Wages*, 3:20CV7-RP (failure to state a claim) (Final Judgment of March 27, 2020).

The plaintiff has accumulated at least three "strikes" and has thus abused his *in forma pauperis*

privileges, and those privileges are **REVOKED.**

As such, it is **ORDERED** that the plaintiff must pay the filing fee within 21 days of the date of this order.   If the plaintiff fails to pay the filing fee within 21 days, then the Clerk of the Court is **DIRECTED** to dismiss this case without further action by the court.

**SO ORDERED**, this, the 21st day of April, 2021.

 /s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE